# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130237 & (10)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 130237
                                             COA: 266313
                                             Wayne CC: 04-005904-01

ANTHOINE DESHAW ODOM,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 1, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Defendant's motion for a competency hearing is also DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006 _____                          _____

t0424                                                     Clerk